UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROLANDO PADILLA, | ) | CASE NO. CV 07-8209-JFW (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| v. | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF UNITED |
| JOHN TILTON, SECRETARY, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   September 9, 2008

*JOHN F. WALTER*
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Order accep r&r.wpd