UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROLANDO PADILLA, | ) | Case No. CV 07-8209-JFW (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| JOHN TILTON, SECRETARY, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 9, 2008

_JOHN F. WALTER_
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd